RECEIVED
JUL 18 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| JAMES CARTER | CIVIL ACTION NO. 07-359 |
| VS. | SECTION P |
| CALCASIEU CORRECTIONAL CENTER | JUDGE DOHERTY |
| | MAGISTRATE JUDGE METHVIN |

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's Civil Rights Complaint be **DISMISSED** in accordance with the provisions of FRCP Rule 41(b) and LR 41.3.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this ___ day of _____, 2007.

COPY SENT:
DATE: 7/18/07
BY: CW
TO: RFD
CS

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE